B1 (Official Form 1) (12/11)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Tiedemann, Nathan** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Tiedemann, Anastasia** |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names):<br>**Anastasia K. Tiedemann** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN (if more than one, state all):   **7987** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN (if more than one, state all):   **0390** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1343 W. Galena Blvd.**<br>**Aurora, IL**                              ZIPCODE **60506** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**1343 W. Galena Blvd.**<br>**Aurora, IL**                              ZIPCODE **60506** |
| County of Residence or of the Principal Place of Business:<br>**Kane** | County of Residence or of the Principal Place of Business:<br>**Kane** |
| Mailing Address of Debtor (if different from street address)<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><br>ZIPCODE | |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- [x] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtor**
Country of debtor's center of main interests: _____
Each country in which a foreign proceeding by, regarding, or against debtor is pending: _____

**Nature of Business** (Check **one** box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)
- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Tiedemann, Nathan & Tiedemann, Anastasia** |
|---|---|

**All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)    Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:
☑ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Tiedemann, Nathan & Tiedemann, Anastasia** |
|---|---|

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. <br> [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). <br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X */s/ Nathan Tiedemann* <br> Signature of Debtor     **Nathan Tiedemann** <br><br> X */s/ Anastasia Tiedemann* <br> Signature of Joint Debtor     **Anastasia Tiedemann** <br><br> _____ <br> Telephone Number (If not represented by attorney) <br><br> **October 15, 2012** <br> Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br> (Check only **one** box.) <br><br> ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. <br><br> ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br> X _____ <br> Signature of Foreign Representative <br><br> _____ <br> Printed Name of Foreign Representative <br><br> _____ <br> Date |
| **Signature of Attorney*** | **Signature of Non-Attorney Petition Preparer** |
| X */s/ Darrell L. Jordan* <br> Signature of Attorney for Debtor(s) <br><br> **Darrell L. Jordan 1367269** <br> **Law Offices of Darrell L. Jordan** <br> **1999 West Galena** <br> **Aurora, IL 60506** <br> **(630) 897-1534 Fax: (630) 897-1537** <br><br> **October 15, 2012** <br> Date <br><br> *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. <br><br> _____ <br> Printed Name and title, if any, of Bankruptcy Petition Preparer <br><br> _____ <br> Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) <br><br> _____ <br> Address <br><br> X _____ <br> Signature <br><br> _____ <br> Date <br> Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above. <br><br> Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: <br><br> If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br> The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X _____ <br> Signature of Authorized Individual <br><br> _____ <br> Printed Name of Authorized Individual <br><br> _____ <br> Title of Authorized Individual <br><br> _____ <br> Date | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/09)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                                          Case No. _____

**Tiedemann, Nathan**_____    Chapter **7**_____
                                    Debtor(s)

**EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE**
**CREDIT COUNSELING REQUIREMENT**

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
  ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Nathan Tiedemann**_____

Date: **October 15, 2012**_____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/09)

**United States Bankruptcy Court**
**Northern District of Illinois**

**IN RE:**                                                                                      Case No. _____

**Tiedemann, Anastasia**_____     Chapter **7**_____
                                    Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
# CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
  ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: ***/s/ Anastasia Tiedemann***_____

Date: **October 15, 2012**_____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

**IN RE:**                                                                                                  Case No. _____

**Tiedemann, Nathan & Tiedemann, Anastasia**_____    Chapter **7**_____
Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors  **78**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **October 15, 2012**_____    */s/ Nathan Tiedemann*_____
Debtor

*/s/ Anastasia Tiedemann*_____
Joint Debtor

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Tiedemann, Nathan**
1343 W. Galena Blvd.
Aurora, IL  60506

**Tiedemann, Anastasia**
1343 W. Galena Blvd.
Aurora, IL  60506

**Law Offices of Darrell L. Jordan**
1999 West Galena
Aurora, IL  60506

**AAA Financial Services**
PO BOx 851001
Dallas, TX  75285

**Ally Financial**
P O Box 380901
Bloomington, MN  55438

**American Honda**
1919 Torrance Blvd.
Torrance, CA  90501

**Anthony Glorioso**
1352 W. Galena
Aurora, IL  60506

**At  T Midwest**
PO Box 8100
Aurora, IL  60507

**At&T Universal**
PO Box 6500
Sioux Falls, SD  57117

**Bank Of America**
Po Box 982235
El Paso, TX  79998

**Bank Of America N.A.**
PO Box 851001
Sioux Falls, SD  57117

**Bankfinancial, Fsb**
48 Orland Square Dr
Orland Park, IL  60462

**Building Block Investments**
10729 S. Canton Avenue
Tulsa, OK  74139

**Cap One**
PO Box 85015
Richmond, VA  23285

**Cap One**
PO Box 5253
Carol Stream, IL  60197

**Centrue Bank**
208 E. Veterans Parkway
Yorkville, IL  60560

**Centrue Bank**
208 E. Veterans Parkway
Yorvkille, IL  60560

**Chase**
10790 Rancho Bernardo Rd
San Diego, CA  92127

**Chase**
PO Box 24696
Columbus, OH  43224

**Chase**
PO Box 15298
Wilmington, DE  19850

**Citi**
PO Box 6500
Sioux Falls, SD  57117

**Citizens First National Bank**
C/O Thomas W. Grant
200 Hillcrest Avenue
Yorkville, IL  60560

**City Of Sandwich**
144 E. Railroad Street
Sandwich, IL  60548

**Client Services, Inc.**
3451 Harry S. Truman Blvd.
St. Charles, MO  63301

**Comenity Bank/Gander Mountain**
PO Box 182789
Columbus, OH  43218

**Community Disposal**
PO Box 6
Sandwich, IL  60548

**Creditors Collection B**
755 Almar Pkwy
Bourbonnais, IL  60914

**Creditors Collection Bureau**
PO Box 63
Kankakee, IL  60901

**David Schroeder, Trustee**
FA 401K Trust
909 W. Downer Place
Aurora, IL  60506

**Dekalb County Tax Collector**
110 East Sycamore Street
Sycamore, IL  60178

| | | |
|---|---|---|
| **Dekalb County Tax Collector**<br>110 East Sycamore Street,<br>Sycamore, IL 60178 | **Firstsource**<br>205 Bryant Wods South<br>Amherst, NY 14228 | **Kane County Treasurer**<br>PO Box 4025<br>Geneva, IL 60134 |
| **Delnor Community Hospital**<br>PO Box 739<br>Moline, IL 61266 | **Fred T. Myers**<br>17 North Sixth Street<br>Geneva, IL 60134 | **Kendall County Tax Collector**<br>111 W. Fox Street<br>Yorkville, IL 60560 |
| **Delnor Community Hospital**<br>300 Randall Road<br>Geneva, IL 60134 | **Frontier Communications**<br>PO Box 7000<br>Hayden, ID 83835 | **Kris Hollarbush**<br>402 Joseph Court<br>Oswego, IL 60543 |
| **Discover Financial Services**<br>PO Box 15316<br>Wilmington, DE 19850 | **HSBC Card Services**<br>PO Box 37281<br>Baltimore, MD 21297 | **LaSalle Conty Tax Collector**<br>707 East Etna Road<br>Ottawa, IL 61350 |
| **Dreyer Foote Streit Fergason Slocum**<br>1999 West Downer Place<br>Aurora, IL 60506 | **I C System Inc**<br>P.o. Box 64378<br>St Paul, MN 55164 | **LaSalle County Tax Collector**<br>707 East Etna Road<br>Ottawa, IL 61350 |
| **Dreyer Medical Clinic**<br>PO Box 2091<br>Aurora, IL 60507 | **Illinois American Water**<br>PO Box 94551<br>Palatine, IL 60094 | **Lowes**<br>PO Box 965005<br>Orlando, FL 32896 |
| **Earthmover C.U.**<br>PO Box 2937<br>Aurora, IL 60507 | **IRS**<br>Bankrutpcy Section<br>PO Box 7346<br>Philadelphia, PA 19101 | **Mary Ann Bice**<br>451 Burr Oak Road<br>Oswego, IL 60543 |
| **Earthmover Cu**<br>PO Box 2937<br>Aurora, IL 60507 | **Joel Knosher**<br>Fisher & Shapiro, LLC<br>2121 Waukegan Road, Ste 301<br>Bannockburn, IL 60015 | **MB Financial Bank, N.A.**<br>C/O The Collins Law Firm, PC<br>1770 Park Street<br>Naperville, IL 60563 |
| **Felicia Ciminero Parlos & Bryan Parlos**<br>7480 Hitchcock Road<br>Boardman, OH 44512 | **John Hoffman**<br>150 Houston Street<br>Batavia, IL 60510 | **Miller, Joe & Mary**<br>1337 W. Galena Blvd.<br>Aurora, IL 60506 |
| **Fifth Third**<br>PO Box 740789<br>Cincinnati, OH 45274 | **Kane County Tax Collector**<br>719 South Batavia Avenue<br>Geneva,, IL 60134 | **Montronics International**<br>Dept CH 8628<br>Palatine, IL 60055 |

| | | |
|---|---|---|
| NCO Financial Systems, Inc.<br>507 Prudential Road<br>Horsham, PA  19044 | State Collection Services<br>2509 S. Stoughton Road<br>Madison, WI  53716 | World Financial Network Bank<br>PO Box 182125<br>Columbus, OH  43218 |
| NM Mutual Life<br>720 E. Wisconsin Avenue<br>Milwaukee, WI  53202 | Truemper & Titiner, Ltd.<br>1700 North Farnsworth Ave<br>Aurora, IL  60505 | |
| Platinum Investment Properties West<br>20 Towne Drive, Ste 129<br>Bluffton, SC  29910 | United Recovery Systems<br>PO Box 722910<br>Houston, TX  77272 | |
| Provena Mercy<br>643 Lewis Avenue<br>Billings, MT  59102 | UNLV/CITI<br>PO Box 6241<br>Sioux Falls, SD  57117 | |
| Provena Mercy Center<br>1325 N. Highland Avenue<br>Aurora, IL  60506 | Valentine & Kebartas, Inc.<br>PO Box 325<br>Lawrence, MA  01842 | |
| RMS<br>4836 Brecksville Road<br>Richfield, OH  44286 | Waste Management<br>PO Box 4647<br>Carol Stream, IL  60197 | |
| Rosenthal Morgan & Thomas, Inc.<br>12747 Olive Blvd., Ste 250<br>St. Louis, MO  63141 | Wells Fargo Bank Nv Na<br>Po Box 31557<br>Billings, MT  59107 | |
| Select Portfolio<br>PO Box 65250<br>Salt Lake City, UT  84165 | Wells Fargo Bank Nv Na<br>PO Box 31557<br>Billings, MT  59107 | |
| Sovereign Bank Fsb<br>865 Brook St<br>Rocky Hill, CT  06067 | Wells Fargo Hm Mortgag<br>8480 Stagecoach Cir<br>Frederick, MD  21701 | |
| State Collection Servi<br>2509 S Stoughton Rd<br>Madison, WI  53716 | Will County Treasurer<br>302 North Chicago Street<br>Joliet, IL  60432 | |